# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:08-cv-02222-ODW | Date | October 6, 2009 |
|---|---|---|---|
| Title | Elonza Jesse Tyler v. Mike E. Knowles, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Granting Motion that the Court Screen Plaintiff's Complaint Under § 1441(B)  [4] (Filed 9/19/08)**

The Court hereby GRANTS the above-referenced motion.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN