1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ELONZA JESSE TYLER,                          No. 2:08CV-02222 ODW

              Plaintiff,

vs.


MIKE E. KNOWLES, et al.

              Defendants.                          ORDER

_____/


      Pursuant to Defendants' request that the court screen plaintiff's pleadings
under 28 USC § 1915A the court has done so and finds that the deficiencies of the
original pleading have been addressed and plaintiff now states a cognizable claim.
      Defendants are ordered to serve and file responsive pleadings within 30
days of this order.


DATED: September 20, 2010          _____

                            OTIS D. WRIGHT, II, DISTRICT JUDGE