1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EAS TERN DISTRICT OF CALIFORNIA
10
11
12  ELONZA JESSE TYLER,                    No. 2:08CV-02222 ODW
13           Plaintiff,
14  vs.
15
16  MIKE E. KNOWLES, et al.
17           Defendants.                   ORDER
18  _____/
19
20      On December 27, 2010 Plaintiff filed a document entitled "Notice of Motion
21  and Motion Requesting Permission for Ex Parte To Move for Summary
22  Adjudication."  The court disregards the request for an ex parte filing because
23  there is no provision in Rules of Civil Procedure Rule 56 for the filing of a motion
24  for summary judgment or summary adjudication on an ex parte basis.  Indeed,
25  Rule 56(c) requires that the "motion must be served at least 10 days before the
26  day set for the hearing." Indeed, the proof of service appended to the Motion
27  reflects service on the Office of the Attorney General.
28

1     Substantively, plaintiff has utterly failed to demonstrate that he is entitled
2 to judgment in his favor.  While the document itself is 82 pages, it is completely
3 devoid of evidentiary support which would entitle plaintiff to judgment as a
4 matter of law.

5     There is no memorandum of points and authorities nor a listing of
6 undisputed material facts and supporting evidence.  While Rule 56 does not
7 expressly require it, there is no supporting affidavit nor answers to interrogatories
8 or other discovery.  The motion merely states "Plaintiff will demonstrate for the
9 court, material facts that establish prima facie evidence of the facts in the
10 complaint, which he believes would best be decided in a Rule 56 summary
11 adjudication proceeding."  This is followed by 80 pages of various documents
12 which on the current state of the record, would not be admissible evidence.  In
13 sum, plaintiff seeks summary adjudication - on an unspecified issue, on the basis
14 of no admissible evidence.

15     For these reasons, the motion is **DENIED**.

16 DATED: December 29, 2010

19                                     OTIS D. WRIGHT, II, DISTRICT JUDGE