IN THE UNITED STATES DISTRICT COURT

FOR THE EAS TERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | No. 2:08CV-02222 ODW |
|     Plaintiff, | |
| vs. | ORDER |
| MIKE E. KNOWLES, et al. | |
|     Defendants. | |

On December 30, 2010 this court entered an order [35] declaring plaintiff to be a vexatious litigant within the meaning of Eastern District Local Rule 65.1-151(b) and Section 391(b)(1)-(3) of the California Code of Civil Procedure.

As part of that order and finding, the court specifically ordered that plaintiff furnish security in the sum of eight hundred and fifty dollars ($850.00) To date, plaintiff has not complied with that order.

If plaintiff is desirous of pursuing this action, it is ordered that the security in the sum of $850 be furnished to the clerk of the court by April 14, 2011 or this action will be dismissed.

DATED: March 24, 2011    _____
                          OTIS D. WRIGHT, II, DISTRICT JUDGE